September 19, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GLENDA GOTCH, Appellant

NO. 14-12-00444-CV                          V.

DAVID TERRY GOTCH, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, David Terry Gotch, signed April 4, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, David Terry Gotch.

We further order this decision certified below for observance.